# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5087**　　　　　　　　　　　　　　　**September Term, 2022**

**1:20-cv-02996-RCL**

**Filed On: June 15, 2023** [2003707]

Estate of Max D. Steinberg, By and through
its Special Administrator Stuart Steinberg,
et al.,

       Appellants

   v.

Republic of Sudan and United States of
America,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days of this court's disposition of No. 21-5250, <u>Mark v. Republic of the Sudan</u> (argued October 28, 2022).

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:　/s/
          Louis Karl Fisher
          Deputy Clerk