# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF YONADAV HIRSHFELD**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**REPUBLIC OF THE SUDAN**, *et al.*,<br><br>*Defendants.* | Case No. 20-cv-03029-CJN<br><br>Hon. Carl J. Nichols |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Christopher Eiswerth, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, is withdrawing as counsel for the United States, Attorney General Garland, and Secretary Blinken due to his impending departure from the Department of Justice. The Federal Defendants will continue to be represented by Samson Cohen of the same office, who has already appeared in this case.

Date:  January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov