**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF YONADAV HIRSHFELD**, *et al.*, <br><br>                  *Plaintiffs*, <br><br>      **v.** <br><br> **REPUBLIC OF THE SUDAN**, *et al.*, <br><br>                  *Defendants.* | Case No. 20-cv-03029-CJN <br><br> Hon. Carl J. Nichols |

**JOINT STATUS REPORT**

In accordance with the Court's May 11, 2026 minute order, the parties respectfully submit this joint status report.

1.      On July 17, 2023, the Court granted the federal defendants' motion to stay proceedings pending the D.C. Circuit's decision in *Mark v. Republic of the Sudan, D.C. Cir. Case No. 21-5250* (D.C. Cir.). *See* Minute Order (July 17, 2023).

2.      On July 21, 2023, the D.C. Circuit affirmed the district court's dismissal in *Mark.*

3.      On August 4, 2023, the parties filed a joint status report in which they informed the Court that the *Mark* plaintiffs intended to file a petition for rehearing, and jointly requested that the Court extend the stay pending the resolution of any motion for rehearing. ECF 34.

4.      On August 10, 2023, the Court extended the stay herein pending resolution of the *Mark* appellants' petition for rehearing or rehearing *en banc* filed in the D.C. Circuit.

The Court also ordered the parties "to file a joint status report within 14 days of the decision by the Court of Appeals." Minute Order (Aug. 10, 2023).

5.      On September 25, 2023, the D.C. Circuit denied the *Mark* appellants' petition for rehearing or rehearing *en banc*.

6.      On October 10, 2023, the parties filed another joint status report. ECF 35. The parties advised the Court that "in the present posture of this case, the federal defendants are now required to respond to the plaintiffs' amended complaint." However, the parties further informed the Court that, based upon the D.C. Circuit's decision in *Mark*, the *Hirshfeld* plaintiffs intended to move for leave to file a second amended complaint. *Id.* The parties respectfully proposed that the plaintiffs file their motion on October 18, 2023, and the Court abate the time within which the federal defendants were required to respond to the first amended complaint until the Court would rule on the plaintiffs' motion to file a second amended complaint. *Id.*

7.      The Court took no action concerning the October 10, 2023 joint status report.

8.      Nevertheless, as proposed in the October 10, 2023 joint status report, on October 18, 2023, the plaintiffs moved for leave to file a second amended complaint. ECF 36. They attached the proposed second amended complaint. *Id.*

9.      The following day, the plaintiffs filed a redline comparison showing the proposed amendments in the second amended complaint. ECF 37.

10.      On November 1, 2023, defendant Sudan filed its opposition to the plaintiffs' motion for leave to file a second amended complaint. ECF 38.

11.      The federal defendants took no position on the motion to amend.

12.     On November 8, 2023, the plaintiffs filed their reply memorandum. ECF 39.

13.     The parties now respectfully request that the Court lift the stay and address the pending motion for leave to file a second amended complaint.

Dated:  June 1, 2026                                Respectfully submitted,

/s/ *Asher Perlin*_____                    ERIC HAMILTON
Asher Perlin (#FL0006)                            Deputy Assistant Attorney General
4300 Biscayne Boulevard, Suite 203
Miami, Florida 33137                              STEPHEN M. ELLIOTT
Tel. 786-687-0404                                 Assistant Branch Director
Email: asher@asherperlin.com                      Federal Programs Branch

*Counsel for Plaintiffs*                          /s/Jordan A. Hulseberg_____
                                                  Jordan A. Hulseberg (D.C. Bar No. 90033542)
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, NW
                                                  Washington, DC 20005
                                                  Tel: (202) 305-0568
                                                  Email: jordan.a.hulseberg2@usdoj.gov

**WHITE & CASE**

 /s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Nicole Erb (D.C. Bar No. 466620)
Claire A. DeLelle (D.C. Bar No. 974945)
Celia A. McLaughlin (D.C. Bar  No. 1007891)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:    + 1 202 626 3600
Facsimile:     + 1 202 639 9355
ccurran@whitecase.com
nerb@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com

*Counsel for the Republic of the Sudan*

3